ZELDA CHARNEY, ADMINISTRATRIX, ETC., OF ISIDORE CHARNEY, DECEASED, RESPONDENT, v. JACOB COHEN, APPELLANT.

Argued February 18, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 94 N. J. L. 381.

For the respondent, William B. Gourley.

For the appellant, Benjamin F. Stein.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

For affirmance—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

For reversal—None.